**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITIBANK, N.A., and CITIBANK, N.A., as Administrative Agent and Collateral Agent, | ECF Case |
| *Plaintiffs,* | Case No.: 1:19-cv-959 (ER) |
| v. | **MOTION AND [PROPOSED] ORDER OF WITHDRAWAL OF APPEARANCE OF DYLAN A. STERN** |
| DOUGLAS JACOVSEN and NORMAN J. KRAVETZ, | |
| *Defendant*. | |

Pursuant to Local Civil Rule 1.4, Defendants Douglas Jacobsen and Norman J. Kravetz ("Defendants"), by and through their counsel Levine Lee LLP ("Levine Lee"), respectfully requests the withdrawal of the appearance of Dylan A. Stern as counsel on their behalf. Defendants further requests that the email address Dylan.Stern@usdoj.gov be removed from the ECF service notification list for this case.

Levine Lee has represented Defendants throughout this action and will continue to do so. Mr. Stern is no longer affiliated with Levine Lee and will not continue to represent Defendants in this case. Mr. Stern's withdrawal will not affect the posture of this action. Mr. Stern is not asserting a retaining or charging lien.

Dated: January 4, 2021

                                     Respectfully Submitted,

                                     /s/ Kenneth E. Lee
                                     Kenneth E. Lee
                                     **LEVINE LEE LLP**
                                     5 Columbus Circle, 11th Floor
                                     New York, New York 10019
                                     Telephone:  (212) 223-4400
                                     Facsimile:  (212) 223-4425
                                     klee@levinelee.com

                                     *Attorney for Douglas Jacobsen and*
                                     *Norman J. Kravetz*

SO ORDERED:

Dated:  1/5/2021

                                     The Honorable Edgardo Ramos
                                     United States District Judge