**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CITIBANK, N.A., and CITIBANK, N.A., as Administrative Agent and Collateral Agent,<br><br>*Plaintiffs,*<br><br>v.<br><br>DOUGLAS JACOVSEN and NORMAN J. KRAVETZ,<br><br>*Defendant.* | ECF Case<br><br>Case No.: 1:19-cv-959 (ER)<br><br>**MOTION AND [PROPOSED] ORDER OF WITHDRAWAL OF APPEARANCE OF KATIE G. CRANE** |

Pursuant to Local Civil Rule 1.4, Defendants Douglas Jacobsen and Norman J. Kravetz ("Defendants"), by and through their counsel Levine Lee LLP ("Levine Lee"), respectfully requests the withdrawal of the appearance of Katie G. Crane as counsel on their behalf. Defendants further requests that the email address kcrane@levinelee.com be removed from the ECF service notification list for this case.

Levine Lee has represented Defendants throughout this action and will continue to do so. Ms. Crane is no longer affiliated with Levine Lee and will not continue to represent Defendants in this case. Ms. Crane's withdrawal will not affect the posture of this action. Ms. Crane is not asserting a retaining or charging lien.

Dated: January 4, 2021

        Respectfully Submitted,

        /s/ Kenneth E. Lee
        Kenneth E. Lee
        **LEVINE LEE LLP**
        5 Columbus Circle, 11th Floor
        New York, New York 10019
        Telephone: (212) 223-4400
        Facsimile: (212) 223-4425
        klee@levinelee.com

        *Attorney for Douglas Jacobsen and Norman J. Kravetz*

SO ORDERED:

Dated:   1/5/2021

        The Honorable Edgardo Ramos
        United States District Judge