

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
OFFICE OF THE CLERK
500 PEARL STREET
NEW YORK, NEW YORK 10007

RUBY J. KRAJICK
CLERK OF COURT

January 21, 2022

**BY ECF AND OVERNIGHT MAIL**

Bryan Dean Leinbach
Zeichner Ellman & Krause LLP
1211 Avenue of the Americas
New York, NY 10036

Kenneth E. Lee
Levine Lee LLP
5 Columbus Circle
11th Floor
New York, NY 10019

    Re: 19-cv-00959-ALC, <u>Citibank, N.A, et al v. Jacobsen, et al</u>

Dear Counsel,

    I have been contacted by Judge Edgardo Ramos, U.S.D.J., who presided over the above-named case before it was reassigned to Judge Andrew L. Carter, U.S.D.J., on January 18, 2022.

    Judge Ramos informed me that it has been brought to his attention that while he presided over the above-referenced case he owned stock in Citigroup, the parent company of Citibank. His ownership of stock neither affected nor impacted his decisions in this case. However, his stock ownership may have required recusal under the Code of Conduct for United States Judges, and thus, Judge Ramos requested reassignment and directed that I notify the parties of the potential conflict.

    Advisory Opinion 71, from the Judicial Conference Codes of Conduct Committee, provides the following guidance regarding disqualification:

Notice to Counsel of Record
January 21, 2022
Page 2

> [A] judge should disclose to the parties the facts bearing on disqualification as soon as those facts are learned, even though that may occur after entry of the decision. The parties may then determine what relief they may seek, and a court (without the disqualified judge) will decide the legal consequence, if any, arising from the participation of the disqualified judge in the entered decision.

If you wish to respond to the disclosure of a potential conflict in this matter, please file your response in the above-named case. Any response will be considered without the participation of Judge Ramos.

Sincerely,

Ruby J. Krajick
Clerk of Court

cc: Hon. Edgardo Ramos, U.S.D. J.
Hon. Andrew L. Carter, U.S.D.J.