UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

CITIBANK, N.A, ET AL.,

                          Plaintiffs,

       -against-

DOUGLAS JACOBSEN, ET AL.,

                          Defendants.
-----------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 1/25/2022

1:19-CV-959-ALC-JLC

**ORDER ADJOURNING CONFERENCE**

**ANDREW L. CARTER, JR., United States District Judge:**

The telephonic status conference scheduled for February 1, 2022 at 4:30pm ET is hereby **ADJOURNED** *sine die*. Since this matter has recently been reassigned to me, the Parties shall file a joint report to include the status of settlement and, if seeking a conference, setting forth the basis for that conference. The joint status report shall be filed no later than **February 1, 2022**.

**SO ORDERED.**

**Dated:**   Jan. 25, 2022
New York, New York

                                                 **ANDREW L. CARTER, JR.**
                                                 **U.S. DISTRICT JUDGE**