USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/7/2022__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Citibank, N.A., et al.,

                  **Plaintiffs,**

    -against-

Jacobsen, et al.,

                  **Defendants.**

1:19-CV-959-ALC-JLC

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

    The Parties shall file another joint status report updating the Court on the status of settlement no later than **February 10, 2022**. If the Parties would still like a status conference at that time, they shall make the request in their submission. The Court will continue to hold in abeyance its decision on Citibank's pending motion for judgment.

**SO ORDERED.**

**Dated**:  Feb. 7, 2022
        New York, New York

                                                    _____
                                                    **ANDREW L. CARTER, JR.**
                                                    **United States District Judge**