```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/15/2022
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

Citibank, N.A., et al.,

                   **Plaintiffs,**

   -against-

Jacobsen, et al.,

                   **Defendants.**

**1:19-CV-959-ALC-JLC**

**ORDER**

**ANDREW L. CARTER, JR., United States District Judge:**

        The Parties' joint requests for conference are hereby **DENIED**. The Parties shall file another joint status report updating the Court on the status of settlement no later than **February 28, 2022**. If the Parties would still like a status conference at that time, they shall make the request in their submission. The Court will continue to hold in abeyance its decision on Citibank's pending motion for judgment. The Clerk of Court shall terminate the letter motions for conference pending at ECF Nos. 95 and 97.

**SO ORDERED.**

**Dated**: Feb. 15, 2022
        New York, New York

                                             _____
                                             **ANDREW L. CARTER, JR.**
                                             **United States District Judge**